**Kenneth DELBRIDGE, Plaintiff—Appellant,**

v.

**Stephen M. DEWALT, Warden, Defendant—Appellee.**

No. 05–7039.

United States Court of Appeals, Fourth Circuit.

Submitted March 23, 2006.

Decided March 28, 2006.

Kenneth Delbridge, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Delbridge, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Delbridge v. Dewalt,* No. CA–05–1487–1–BEL (D. Md. June 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*